IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUN 25  PM 12: 22
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF J-CREW MANAGEMENT, INC., § § § | |
| PLAINTIFFS, § § | |
| V. § | CAUSE NO. A-12-CV-228-LY |
| § § | |
| ATLANTIC MARINE CONSTRUCTION COMPANY, INC., BRUCE W. EXUM, JR., AND LINDA M. EXUM, § § § § | |
| DEFENDANTS. § § | |

## ORDER

Before the court in the above-styled and numbered cause of action is the parties' Agreed Motion to Suspend Deadlines Pending Supreme Court review, filed June 21, 2013 (Clerk's Doc. No. 36). Having considered the motion and the record in this cause, the court is of the opinion the motion should be granted.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Suspend Deadlines Pending Supreme Court review (Clerk's Doc. No. 36) is **GRANTED** as follows: The court's March 1, 2013 Scheduling Order (Clerk's Doc. No. 34) is hereby **WITHDRAWN**. If the Supreme Court determines that the case should proceed in this court, the parties are directed to file a revised proposed scheduling order within 30 days of entry of the Supreme Court's opinion.

SIGNED this 24th day of June, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE